1  Abraham J. Colman (SBN 146933)
   Email:    acolman@reedsmith.com
2  Judith T. Sethna (SBN 232731)
   Email:    jsethna@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA  90071-1514
   Telephone: +1 213 457 8000
5  Facsimile: +1 213 457 8080

6  Attorneys for Defendants
   Carson Smithfield, LLC, CardWorks Servicing,
7  LLC and CardWorks, Inc. (erroneously sued as
   CardWorks Servicing, Inc.)
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 TERRACE ELLIS,                           No.: CV 14-02607-BLF-PSG

13              Plaintiff,

14       vs.                                **[PROPOSED] ORDER GRANTING
                                            DEFENDANTS' REQUEST TO APPEAR
15 CARSON SMITHFIELD, LLC, CARDWORKS        TELEPHONICALLY AT CASE
   SERVICING, INC., CARDWORKS              MANAGEMENT CONFERENCE**
16 SERVICING LLC, AND DOES 1-20,
                                            Date:        November 6, 2014
17              Defendants.                 Time:        1:30 p.m.
                                            Courtroom:   3
18

19                                          Compl. Filed:  June 6, 2014

20                                          Honorable Beth Labson Freeman

21

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that Defendants Carson Smithfield, LLC, CardWorks Servicing, LLC and CardWorks, Inc.'s (erroneously sued as CardWorks Servicing, Inc.) (collectively "Defendants") counsel, Judith T. Sethna, may appear by telephone at the case management conference on November 6, 2014, at 1:30 p.m., in Courtroom 3 of the United States District Court, Northern District of California. Counsel shall contact CourtCall in advance of the conference to arrange for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: _____                     _____
                                           Honorable Beth Labson Freeman
                                           United States District Court