UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRACE ELLIS, | Case No.  14-cv-02607-BLF |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| CARSON SMITHFIELD LLC, et al., | |
| Defendants. | |

On November 6, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | 05/08/2015 |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 06/18/2015 at 9:00 AM |
| Final Pretrial Conference | 08/13/2015 at 2:30 PM |
| Trial | 08/31/2015 at 9:00 AM – 4 day Jury Trial |

1      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2  are referred to the assigned Magistrate Judge.

3      IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4  orders, which are available on the Court's website and in the Clerk's Office.

5      IT IS FURTHER ORDERED THAT the Parties are referred to the ADR - to be completed

6  within 90 days of this order.

7

8  Dated:  November 6, 2014, 2014

9

10                                                 BETH LABSON FREEMAN
                                                   United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California