Name: Terrace Ellis
Address: 1617 Foxworthy ave
San Jose, CA 95118
Phone Number: 408 621 6210
E-mail Address: freecusp@yahoo.com
Pro Se

RECEIVED
NOV 6 - 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Terrace Ellis

Plaintiff,

vs.

Carson Smithfield, LLC.
et. Al.

Defendant.

Case Number: 14-02607 BLF

[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____

_____
United States District/Magistrate Judge