1  Name: Terrace Ellis
2  Address: 1617 Foxworthy ave
   San Jose, CA 95118
3  Phone Number: 408 621 6210
4  E-mail Address: freecusp@yahoo.com
5  Pro Se

RECEIVED
NOV 6 - 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Terrace Ellis,

     Plaintiff,

vs.

Carson Smithfield, LLC.
et. Al.

     Defendant.

Case Number: 14-02607 BLF

[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: November 14, 2014

*/s/ Beth Labson Freeman*

BETH LABSON FREEMAN
United States District/~~Magistrate~~ Judge