UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRACE ELLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CARSON SMITHFIELD LLC, et al.,<br><br>    Defendants. | Case No.  14-cv-02607-BLF<br><br>**ORDER REQUIRING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT INTO THE RECORD** |

Pursuant to the parties' January 27, 2015 Stipulation Allowing Plaintiff to File a First Amended Complaint, ECF 28, which this Court approved on January 29, 2015, ECF 29, Plaintiff is HEREBY ORDERED to file her First Amended Complaint into the record **by no later than February 13, 2015.**

**IT IS SO ORDERED.**

Dated: February 6, 2015

_____
BETH LABSON FREEMAN
United States District Judge